# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of America,           )

                  Plaintiff,     )

vs.                       )  Case No.  07-0193-02-CR-W-FJG

Frederick D. Darrington, Jr.    )

                  Defendant.   )

## ORDER

Pending before the Court is defendant's motion to suppress (Doc. #47), filed October 31, 2007, and the government's response (Doc. #51), filed November 14, 2007.

On December 13, 2007, United States Magistrate John T. Maughmer held an evidentiary hearing on the pending motion to suppress. Thereafter, on March 5, 2008, Magistrate Maughmer entered a report and recommendation (Doc. #72) which recommended denying the above-mentioned motion. Defendant's objections to Magistrate Maughmer's report and recommendation were filed on March 17, 2008 (Doc. #80).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress (Doc. #47), filed October 31, 2007, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress (Doc. #47) is denied.

/s/Fernando J. Gaitan, Jr.

Judge Fernando J. Gaitan, Jr.

Chief United States District Judge

Dated:   4/25/08

Kansas City, Missouri